IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN MITCHELL  :  CIVIL ACTION
:
VS.  :  NO. 02-4439
:

TRANS UNION, LLC, ET AL

## ORDER

AND NOW, this 27th day of SEPTEMBER, 2002, in accordance with the court's procedure for random reassignment, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Stewart Dalzell to the Honorable Anita B. Brody.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court