UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

KEVIN MITCHELL                          :

    v.                                  :       NO.: 02-4439

TRANS UION, LLC, ANB/BPAMOCO c/o :
CITIGROUP, FIRST USA BANK,
SOUTHTRUST BANK                         :

### ENTRY OF APPEARANCE

Kindly enter the appearance of Jack Farrell, Esq. and Richard Kraemer, Esq. of Marshall, Dennehey, Warner, Coleman & Goggin, as attorneys for defendant, Southtrust Bank, in the above-captioned matter.

                MARSHALL, DENNEHEY, WARNER,
                    COLEMAN & GOGGIN


By:_____
    JOHN C. FARRELL
    RICHARD A. KRAEMER
    Attorneys for Defendant,
    Southtrust Bank

    Identification Nos.: 52824-04738
    1845 Walnut Street
    Philadelphia, PA 19103
    Phone: (215)575-2787/2812