```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

KEVIN MITCHELL                          :

      vs.                          :         Civil Action

                                    :         No.  02-4439

TRANS UNION, LLC
ANB/BPAMOCO
FIRST USA BANK
SOUTHTRUST BANK

### **O R D E R**

    **AND NOW**, this     day of OCTOBER, 2002, it having been reported that the issues between **Kevin Mitchell and Southtrust Bank** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

    **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs as to Defendant, **Southtrust Bank.**


ATTEST:                          or        BY THE COURT:

BY:_____                 _____
    Marie O'Donnell                        Anita B. Brody,      J.
    Deputy Clerk

Civ 12 (9/83)
41(b)pty