IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | Date of Notice: |
|---|---|---|
| KEVIN MITCHELL | : | July 23, 2003 |
| vs. | : | |
| TRANS UNION, LLC, ET AL. | : | CIVIL ACTION NO. 02-4439 |

TAKE NOTICE that the above-captioned matter is scheduled for __TRIAL__ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on October 27, 2003, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

COPIES BY MAIL ON __7/23/03__ TO:  Mark D. Mailman, Esquire
                                    Richard A. Kraemer, Esquire
                                    Timothy P. Creech, Esquire
                                    Jeffrey P. Bates, Esquire
                                    John C. Farrell, Esquire
                                    John Keim Semler, Esquire
                                    Jonathan D. Weiss, Esquire