IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN MITCHELL )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>TRANS UNION, LLC )<br>   and )<br>ANB/BPAMOCO )<br>c/o CITIGROUP )<br>   and )<br>FIRST USA BANK )<br>   and )<br>SOUTHTRUST BANK )<br>)<br>Defendants. )<br>) | Civil Action No. 02-CV-4439 |

**PRAECIPE TO MARK CASE SETTLED, DISCONTINUED AND ENDED**

TO THE CLERK OF COURT:

Please mark the above matter settled, discontinued and ended with prejudice as to all Defendants.

                **FRANCIS & MAILMAN, P.C.**


                BY:_____
                    JAMES A. FRANCIS, ESQUIRE
                    MARK D. MAILMAN, ESQUIRE
                    Attorneys for Plaintiff
                    Land Title Building, 19th Floor
                    100 South Broad Street
                    Philadelphia, PA 19110
                    (215) 735-8600

Dated: July 28, 2003