IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN MITCHELL | : | CIVIL ACTION |
| vs. | : | |
| TRANS UNION, LLC<br>ANB/BPAMOCO c/o CITIGROUP<br>FIRST USA BANK<br>SOUTHTRUST BANK | : | NO. 02-4439 |

## **O R D E R**

**AND NOW**, this 30th day of July, 2003, it having been reported that the issues between **PLAINTIFF KEVIN MITCHELL** and **DEFENDANTS TRANS UNION, LLC; ANB/BPAMOCO c/o CITIGROUP; FIRST USA BANK; AND SOUTHTRUST BANK** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel, without costs, as to the above named parties only.


ATTEST:                                        or      BY THE COURT:


BY:_____                             _____
     Rosalind Burton-Hoop                              JOHN P. FULLAM, Sr. J.
        Deputy Clerk


COPIES BY MAIL ON   7/30/03   TO: Mark D. Mailman, Esquire
                                  Jeffrey P. Bates, Esquire
                                  John C. Farrell, Esquire
                                  John Keim Semler, Esquire
                                  Jonathan D. Weiss, Esquire
                                  Richard A. Kraemer, Esquire
                                  Timothy P. Creech, Esquire


Civ 12 (7/95)